Case No. 26-4041

## United States Court of Appeals

## for the Tenth Circuit

DIRTT ENVIRONMENTAL SOLUTIONS, INC.,
DIRTT ENVIRONMENTAL SOLUTIONS, LTD.,

*Plaintiffs-Appellants,*

v.

FALKBUILT, LTD., FALKBUILT, INC., MOGENS SMED,
LANCE HENDERSON, KRISTY HENDERSON, FALK
MOUNTAIN STATES, LLC,

*Defendants-Appellees,*

## STIPULATED NOTICE OF DISMISSAL

The parties stipulate to the dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b), the parties to bear their own costs and fees.

Respectfully submitted,

By: */s/ Jeffrey Mayer*
AKERMAN LLP

Jeffrey J. Mayer (admitted *pro hac vice*)
Jeffrey.Mayer@akerman.com
Catherine A. Miller (admitted *pro hac vice*)

1

86628408;1

Catherine.Miller@akerman.com
Eric J. Gribbin (admitted *pro hac vice*)
Eric.Gribbin@akerman.com
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: 312-634-5700

By: */s/ Chad Nydegger*
WORKMAN NYDEGGER

Chad E. Nydegger (USB 9962)
cnydegger@wnlaw.com
WORKMAN NYDEGGER
60 East South Temple, Tenth Floor
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Plaintiffs DIRTT Environmental Solutions, Inc. and DIRTT Environmental Solutions Ltd.*

By: */s/Josh M. Chambers*
*(signed with permission granted to Jeffrey J. Mayer)*

HARRIS PRESTON & CHAMBERS LLC
Joseph M. Chambers
jchambers@utahlawfirm.com
Josh M. Chambers
Jchambers.jd@gmail.com
*Attorneys for Defendants Lance Henderson, Kristy Henderson, and Falk Mountain States, LLC*

By: */s/ Artemis Vamianakis*
*(signed with permission granted to Jeffrey J. Mayer)*

FABIAN VANCOTT
Jason W. Hardin
jhardin@fabianvancott.com
Artemis D. Vamianakis
avamianakis@fabianvancott.com
Tanner J. Bean
tbean@fabianvancott.com
*Attorneys for Defendants Falkbuilt Ltd., Falkbuilt, Inc. and Mogens Smed*

2

86628408;1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of May, 2026, a true and correct copy of the foregoing **STIPULATED NOTICE OF DISMISSAL** was served through the court's efiling systems which caused notice of filing to be sent to all counsel of record.

*/s/ Jeffrey J. Mayer*

86628408;1